**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

_____
                                                        )
EMANUEL MANIATIS,                      )
                                                        )
      Plaintiff,                              )
                                                        )
      v.                                            )     Case No. 1:13-cv-01562-GBL/TCB
                                                        )
SPECIALIZED LOAN SERVICING, LLC,  )
                                                        )
      Defendant.                            )
_____)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the Plaintiff in the above-captioned matter hereby

voluntarily dismisses the Complaint without prejudice.  The Defendant has not filed an Answer

or a Motion for Summary Judgment at the time of the filing of this Notice.


EMANUEL MANIATIS
By Counsel



_____/S/_____
John W. Bell
(VSB No. 17635)
Counsel for plaintiff Emanuel Maniatis
Law Firm of John Bell
5631-C Burke Center Parkway
Burke, Virginia  22015
Phone: 703-250-4346
Fax:  888-551-5129
jwblaw1@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of January, 2014, a copy of the foregoing Notice of Dismissal was electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing (NEF) to all counsel of record:

Aaron D. Neal, Esq.
VSB #79692
Counsel for defendant Specialized Loan Servicing, LLC
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Phone:  301-441-2420
Facsimilie:  301-982-9450
aneal@mhlawyers.com

_____/S/_____
John W. Bell